The People of the State of New York v. Edward de Mars.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Smith Brick Corporation v. J. Harry McNally, Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

George U. Hind and Another v. Theodore Willich and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Partos Realty Corporation v. Clara Sielcken Schwarz.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Arnold Rothstein v. The Brunswick-Balke-Collender Company (Appearing Specially).— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Henry Sanderson against J. Horace Harding and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Thomas J. Monroe v. Albert H. Carlisle.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Thomas Jefferson Britton v. Albert Ottinger, Individually and as Attorney-General of the State of New York.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Irene M. Kline v. Harry D. Kline.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Jungmann & Company, Inc., v. Atterbury Brothers, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The Employers' Liability Assurance Corporation, Ltd., of London, England, v. Marc Eidlitz & Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and motion for stay granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

George H. Newhall and Another, as Receivers of Kingston Trust Company, v. Longacre Bank.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Order of October 21, 1927, resettled. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Edward H. Klein v. H. S. H. Holding Corporation and Others. (222–228 Seaman Ave.) (221–229 Seaman Ave., N. Y. City.) (31–41 Park Terrace West, New York City.) — Motions denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mabel Rees and Others v. Teachers' Retirement Board of the City of New York and Others.— Motion granted; question certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Leopold Fredrick v. Chicago Bearing Metal Company.— Motion denied,